**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:20-cv-00224-MR**

| | |
|---|---|
| **BRIAN CUDD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **O R D E R** |
| | ) |
| **PRUDENTIAL INSURANCE** | ) |
| **COMPANY OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Alnisa Bell as counsel *pro hac vice*. [Doc. 10]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 10] is **ALLOWED**, and Alnisa Bell is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 1, 2020

Martin Reidinger
Chief United States District Judge